Thomas M. Robins, III (State Bar No. 054423)
trobins@frandzel.com
Peter Csato (State Bar No. 089272)
pcsato@frandzel.com
Brad R. Becker (State Bar No. 127422)
bbecker@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for CENTRAL PACIFIC BANK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>DAVID SCHWARTZMAN,<br><br>Debtor.<br><br>CENTRAL PACIFIC BANK,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SCHWARTZMAN, etc., et al.,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION. | Bankruptcy Case No. 1:09-bk-16565-MT<br><br>Adv No.<br>Chapter 11<br><br>Removed Case No. BC409031<br><br>[Superior Court of the State of California, County of Los Angeles, Central District]<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1452(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(a)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that removing party Central Pacific Bank (the "Bank") hereby removes to the above-entitled Court the State Court Action (as defined below) based on the following:

1.  This Notice of Removal is filed pursuant to 28 U.S.C. § 1452(a), Rule 9027(a) of the Federal Rules of Bankruptcy Procedure ("Federal Bankruptcy Rules"), and Local Rule 9027-1

602555.1 | 028995-0077

1

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1452(A) AND BANKRUPTCY RULE 9027(A)

1  of the Local Rules of Bankruptcy Procedure for the Central District of California ("Local
2  Bankruptcy Rules").

3      2.    On March 5, 2009, the Bank commenced an action against defendants David
4  Schwartzman ("Schwartzman"), Ruth B. Ziegler and Richard A. Corleto, in their capacities as
5  Trustees of Trust "A" of the Ziegler Family Trust ("ZFT"), and LB/L-DS Ventures Master LLC
6  ("LB/L-DS") in the Superior Court of the State of California, County of Los Angeles, Central
7  District, Case No. BC409031, entitled *Central Pacific Bank v. David Schwartzman; Ruth B.*
8  *Ziegler and Richard A. Corleto, in their capacities as Trustees of Trust A of the Ziegler Family*
9  *Trust; LB/L-DS Ventures Master LLC; and Does 1 through 50, inclusive* (the "State Court
10 Action"). The Bank's verified complaint in the State Court Action ("Complaint") is for Breach of
11 Guaranty regarding three separate business loans made by the Bank – one to LB/L-DS Ventures
12 Clovis LLC ("Clovis"), one to Riverfront Ventures, LLC ("Riverfront"), and one to San Feliciano
13 Holding Company, LLC ("San Feliciano"). Schwartzman, ZFT and LB/L-DS each guaranteed the
14 Clovis loan; Schwartzman and ZFT each guaranteed the Riverfront loan; and Schwartzman
15 guaranteed the San Feliciano loan. Clovis, Riverfront and San Feliciano have all defaulted on
16 their loans, and Schwartzman, ZFT and LB/L-DS have all defaulted on their guarantees. The
17 amount owed to the Bank on the Clovis loan is in excess of $11.4 million, the amount owed on the
18 Riverfront loan is in excess of $18.1 million, and the amount owed on the San Feliciano loan is in
19 excess of $3.8 million. A copy of the Complaint is attached to the Bank's separately filed
20 Appendix of State Court Pleadings to Notice of Removal of Civil Action Under 28 U.S.C. §
21 1452(a) and Federal Bankruptcy Rule 9027(a) ("Appendix") as Document 4.

22     3.    On April 10, 2009, (a) Schwartzman, ZFT and LB/L-DS filed a verified answer to
23 the Bank's Complaint in the State Court Action ("Answer"), and (b) Schwartzman, ZFT, LB/L-DS,
24 Clovis, Riverfront and San Feliciano (collectively, "Cross-Complainants") filed a cross-complaint
25 against the Bank and the Bank's parent holding company, Central Pacific Financial Corp. ("Cross-
26 Complaint"). A copy of the Answer is attached to the Appendix as Document 22, and a copy of
27 the Cross-Complaint is attached to the Appendix as Document 25.

28     4.    On May 13, 2009, Cross-Complainants filed a first amended cross-complaint in the

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1 State Court Action ("FACC"). The FACC alleges an assortment of lenders liability causes of
2 action allegedly arising from the Clovis, Riverfront and San Feliciano loans and guarantees. A
3 copy of the FACC is attached to the Appendix as Document 31.

4     5.     On June 1, 2009, Schwartzman filed a Voluntary Petition under Chapter 11 of the
5 United States Bankruptcy Code in the United States Bankruptcy Court, Central District of
6 California (San Fernando Valley), Case No. 1:09-bk-16565-MT ("Schwartzman Petition").

7     6.     Also on June 1, 2009, San Feliciano filed a Voluntary Petition under Chapter 11 of
8 the United States Bankruptcy Code in the United States Bankruptcy Court, Central District of
9 California (San Fernando Valley), Case No. 1:09-bk-16563-MT ("San Feliciano Petition" and,
10 together with the Schwartzman Petition, the "Bankruptcy Cases").

11     7.     The State Court Action is related to the Bankruptcy Cases, and each of them.

12     8.     The Bank hereby removes the entire State Court Action, including without
13 limitation the Complaint and the FACC, to the United States Bankruptcy Court for the Central
14 District of California, San Fernando Valley Division ("the "Bankruptcy Court") pursuant to 28
15 U.S.C. § 1452(a), Federal Bankruptcy Rule 9027(a) and Local Bankruptcy Rule 9027-1.

16     9.     The Bankruptcy Court has jurisdiction over the removed State Court Action
17 pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C.
18 §§ 1408 and 1409.

19     10.     This Notice of Removal is timely filed pursuant to Federal Bankruptcy Rule
20 9027(a)(2).

21     11.     Upon removal, litigation of the State Court Action is a core proceeding pursuant to
22 28 U.S.C. §§ 157(b)(2). To the extent the State Court Action is deemed to be a non-core
23 proceeding, the Bank consents to the entry of final orders and judgments by the Bankruptcy Court
24 pursuant to 28 U.S.C. § 157(c)(2).

25     12.     A copy of this Notice of Removal will be filed with the clerk of the court in the
26 State Court Action and served on all parties to the State Court Action pursuant to Federal
27 Bankruptcy Rule 9027(b) and (c).

28     13.     The Bank expressly reserves all procedural and substantive rights, claims and

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

602555.1 | 028995-0077

3

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1452(A) AND BANKRUPTCY RULE 9027(A)

1 | defenses.

2 |     14.    Copies of all process and pleadings in the State Court Action are attached to the

3 | Appendix, filed herewith.

4 | DATED: June 11, 2009                    FRANDZEL ROBINS BLOOM
                                               & CSATO, L.C.
                                  THOMAS M. ROBINS, III
                                  PETER CSATO
                                  BRAD R. BECKER

By: /s/ Thomas M. Robins, III
       THOMAS M. ROBINS, III
       Attorneys for
       CENTRAL PACIFIC BANK

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

# PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of FRANDZEL ROBINS BLOOM & CSATO, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920.

On **June 11, 2009**, I served a true copy of the **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1452(a)**, the original of which is affixed hereto, to the party as follows:

| | |
|---|---|
| CHASSMAN & SEELIG, LLP<br>Mark B. Chassman<br>350 South Figueroa Street, Suite 580<br>Los Angeles, CA 90071<br><br>Telephone: 213-626-6700<br>Facsimile: 213-626-5111 | MEISTER SEELIG & FEIN LLP<br>Stephen B. Meister<br>2 Grand Central Tower<br>140 East 45th Street, 19th Floor<br>New York, NY 10017<br><br>Telephone: 212-655-3500<br>Facsimile: 212-655-3535 |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such document(s) were placed in envelopes addressed to the person(s) served hereunder for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☒ **BY FACSIMILE:** At approximately 1:00 pm, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (323) 651-2577. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth above. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **June 11, 2009**, at Los Angeles, California.

/s/ Barbara Wilson
BARBARA WILSON

602555.1 | 028995-0077    1
NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1452(A) AND BANKRUPTCY RULE 9027(A)

| In re: | | CHAPTER: 11 |
|---|---|---|
| DAVID SCHWARTZMAN | | |
| | Debtor(s). | CASE NUMBER: 1:09-bk-16565-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920

A true and correct copy of the foregoing document described as  NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. 1452(a) AND FREDERAL RULE OF BANKRUPTCY PROCEDURE 9027(a)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  June 11, 2009  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

Katherine Bunker     kate.bunker@usdoj.gov
Bernard R Given     bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Mark S Horoupian     mhoroupian@sulmeyerlaw.com
Alexandra Kazhokin     akazhokin@sulmeyerlaw.com
Victor A Sahn     vsahn@sulmeyerlaw.com
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  June 11, 2009  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on  June 11, 2009  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Maureen A. Tighe
U.S. Bankruptcy Court
Bin outside of Elevators on 3rd Floor
21041 Burbank Blvd.
Woodland Hills, CA 91367-6606

Katherine Bunker                                              U.S. Trustee's Counsel
21051 Warner Center Lane, Suite 115
Woodland Hills, CA  91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 11, 2009 | Barbara Wilson | /s/ Barbara W. |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

603756.1