ORIGINAL

Thomas M. Robins, III (State Bar No. 054423)
trobins@frandzel.com
Peter Csato (State Bar No. 089272)
pcsato@frandzel.com
Bernard R. Given, II (State Bar No. 134718)
bgiven@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for CENTRAL PACIFIC BANK

FILED
JUL 01 2009

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>DAVID SCHWARTZMAN, an individual,<br><br>Debtor. | CASE NO. 1:09-BK-16565-MT<br><br>CHAPTER 11 |
| CENTRAL PACIFIC BANK,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SCHWARTZMAN, etc., et al.,<br><br>Defendant. | ADV NO. 1:09-AP-01186-MT<br><br>**DECLARATION OF PETER CSATO RE: NOTICE OF EMERGENCY HEARING ON EMERGENCY MOTION FOR ISSUANCE OF WRIT ON NON-DEBTOR PERSONS AND ENTITIES AND TO APPOINT A REGISTERED PROCESS SERVER TO LEVY THE WRIT OF ATTACHMENT**<br><br>[LOCAL RULE 9075-1] |
| AND RELATED CROSS-ACTION. | HEARING DATE:  **JULY 2, 2009**<br>TIME:                          **2:00 PM**<br>DEPT.:                        **COURTROOM 302** |

610456.1 | 028995-0077

DECLARATION OF PETER CSATO RE: NOTICE OF EMERGENCY HEARING ON EMERGENCY MOTION
FOR ISSUANCE OF WRIT ON NON-DEBTOR PERSONS AND ENTITIES ETC.

## DECLARATION OF PETER CSATO

I, Peter Csato, declare:

1.  I am an attorney at law, duly licensed to practice in all courts of the State of California, and I am a member of the law firm of Frandzel Robins Bloom & Csato, L.C., attorneys of record for Central Pacific Bank. If called upon to testify as to the facts set forth in this Declaration, I could and would competently testify thereto, since these facts are personally known to me to be true.

2.  On June 30, 2009, at 3:52 p.m., I left a voice mail for Mark B. Chassman, the attorney for David Schwartzman, Ziegler Family Trust, LB/L-DS Ventures Master LLC, LB/L-DS Ventures Clovis LLC, Riverfront Ventures LLC, and San Feliciano Holding Company, LLC, defendants and cross-complainants in the above-captioned adversary proceeding, notifying him that the Court has granted the Ex Parte Application For An Order Setting Hearing On Emergency Motion For Issuance Of Writ On Non-Debtor Persons And Entities And To Appoint A Registered Process Server To Levy The Writ Of [Attachment] and has set a hearing on the emergency motion for July 2, 2009 at 2:00 p.m., in the United States Bankruptcy Court, San Fernando Division, in Judge Tighe's courtroom.

3.  On June 30, 2009 at 4:07 p.m., I spoke to Rhonda E. Kaley, who is the attorney working with Mr. Chassman, and she accepted notification on behalf of Stephen B. Meister, co-counsel for David Schwartzman, Ziegler Family Trust, LB/L-DS Ventures Master LLC, LB/L-DS Ventures Clovis LLC, Riverfront Ventures LLC, and San Feliciano Holding Company, LLC, defendants and cross-complainants in the above-captioned adversary pleading, regarding the same.

4.  On June 30, 2009, at 3:57 p.m., I spoke to Andrea Gonzalez, assistant to Victor A. Sahn, the attorney for David Schwartzman and San Feliciano Holding Company, LLC, who accepted notification for Mr. Sahn that the Court has granted the Ex Parte Application For An Order Setting Hearing On Emergency Motion For Issuance Of Writ On Non-Debtor Persons And Entities And To Appoint A Registered Process Server To Levy The Writ Of [Attachment], and setting a hearing on the emergency motion for July 2, 2009 at 2:00 p.m. in the United States Bankruptcy Court, San Fernando Division, in Judge Tighe's courtroom.

610456.1 | 028995-0077     1

DECLARATION OF PETER CSATO RE: NOTICE OF EMERGENCY HEARING ON EMERGENCY MOTION FOR ISSUANCE OF WRIT ON NON-DEBTOR PERSONS AND ENTITIES ETC.

1     I declare under penalty of perjury under the laws of the State of California that the
2 foregoing is true and correct.
3     Executed on June 30, 2009 at Los Angeles, California.

                                    PETER CSATO, Declarant

| In re:<br>DAVID SCHWARTZMAN,<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-16565-MT<br>ADV. NUMBER: 1:09-ap-1186-MT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

6500 Wilshire Boulevard, 17th Floor, Los Angeles, CA 90048

A true and correct copy of the foregoing document described **DECLARATION OF PETER CSATO RE: NOTICE OF EMERGENCY HEARING ON EMERGENCY MOTION FOR ISSUANCE OF WRIT ON NON-DEBTOR PERSONS AND ENTITIES AND TO APPOINT A REGISTERED PROCESS SERVER TO LEVY THE WRIT OF EXECUTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On June 30, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**

Katherine Bunker
U.S. Trustee's Office (SV)
21051 Warner Center Lane, #115
Woodland Hills, CA 91367

Mark B. Chassman
Chassman & Seelig, LLP
350 So. Figueroa St., #580
Los Angeles, CA 90071

Victor A. Sahn
333 So. Hope St., 35th Floor
Los Angeles, CA 90071

☐ Service information continued on attached page

610469.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                       F 9013-3.1

| In re:<br>DAVID SCHWARTZMAN,<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 1:09-bk-16565-MT<br>ADV. NUMBER: 1:09-ap-1186-MT |
|---|---|

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 30, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Hon. Maureen A. Tighe
United States Bankruptcy Court
Central District/San Fernando Valley Div.
21041 Burbank Blvd. (Bin outside Elevaors on 3rd Floor)
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 30, 2009 | Soo Lan Hom | _Soo Lan Hom_ |
|---|---|---|
| Date | Type Name | Signature |

610469.1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009    F 9013-3.1