Victor A. Sahn (CA Bar No. 97299)
  vsahn@sulmeyerlaw.com
Mark S. Horoupian (CA Bar No. 175373)
  mhoroupian@sulmeyerlaw.com
Alexandra Kazhokin (CA Bar No. 245051)
  akazhokin@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for David Schwartzman

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>DAVID SCHWARTZMAN,<br><br>Debtor.<br><br>CENTRAL PACIFIC BANK,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID SCHWARTZMAN, etc. et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 1:09-bk-16565-MT<br><br>Chapter 11<br><br>Adv No. 1:09-ap-01186-MT<br><br>Removed Case No. BC409031<br><br>[Superior Court of the State of California, County of Los Angeles, Central District]<br><br>**STATEMENT BY DAVID SCHWARTZMAN PURSUANT TO RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>[Bankr. R. 9027(e)]<br><br>[No Hearing Required] |

**TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY JUDGE, THE PARTIES TO THE REMOVED CIVIL ACTION, AND OTHER INTERESTED PARTIES:**

David Schwartzman, the debtor and debtor in possession in the above-captioned bankruptcy case (the "Debtor"), denies any allegations in the Notice of

[AKAZHOKIN\LIT\527441.1]

Removal filed by Central Pacific Bank that upon removal of the state court civil action the proceeding is core. The Debtor believes that the removed state court action is non-core. The Debtor does not consent to entry of final orders or judgment by the bankruptcy judge with respect to this adversary proceeding.

DATED: July 13, 2009

**Sulmeyer**Kupetz
A Professional Corporation

By: _____
Victor A. Sahn
Attorneys for David Schwartzman,
Debtor and Debtor in Possession

[AKAZHOKIN\LIT\527441.1]

2

| In re:<br>David Schwartzman | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-ap-01186-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as  STATEMENT BY DAVID SCHWARTZMAN PURSUANT TO RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE  will  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  July 13, 2009  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

Bernard Given, Esq.                    bgiven@frandzel.com
Thomas M. Robins, III                  efiling@frandzel.com

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  July 13, 2009  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Maureen A. Tighe
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367-6606

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 13, 2009 | Andrea Gonzalez | */s/ Andrea Gonzalez* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                **F 9013-3.1**